IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 11-05044-01-CR-SW-RED |
| vs. ) | |
| ) | |
| TODD C. SMITH ) | |
| ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S LIST OF TRIAL WITNESSES

The United States of America, by the United States Attorney for the Western District of Missouri, and James J. Kelleher, Assistant United States Attorney, in compliance with the Federal Rules of Criminal Procedure, provides the following list of witnesses, by name and address, whom the undersigned attorney for the government may call in the presentation of its case-in-chief, as follows:

1. Ed Bailey
   Jasper County Sheriff's Department
   2907 County Road 180
   Carthage, Missouri

2. Mike Shuster
   Jasper County Sheriff's Department
   2907 County Road 180
   Carthage, Missouri

3. Roy Masters
   Jasper County Sheriff's Department
   2907 County Road 180
   Carthage, Missouri

4. Tim Williams
   Jasper County Sheriff's Department

    2907 County Road 180
    Carthage, Missouri

5. L.M.

6. A.M.

7. M.T.

8. Larry Roller
   Joplin Police Department
   303 East 3rd Street
   Joplin, Missouri

9. Jim Brelsford or other custodian of records
   SanDisk Corp.
   601 McCarthy Boulevard
   Milpitas, California

10. Custodian of Records
    HTC America
    13920 SE Eastgate Way
    Suite 200
    Bellevue, Washington

                                        Respectfully submitted,

                                        David Ketchmark
                                        Acting United States Attorney

                              By    ***/s/ James J. Kelleher***
                                        James J. Kelleher
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 7, 2012, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ *James J. Kelleher*
James J. Kelleher
Assistant United States Attorney