IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 11-05044-01-CR-SW-RED |
| vs. | ) | |
| | ) | |
| TODD C. SMITH | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF GOVERNMENT'S EXHIBITS

The United States of America, by the United States Attorney for the Western District of Missouri, and James J. Kelleher, Assistant United States Attorney, provides the following list of exhibits the United States may offer into evidence in the presentation of its case-in-chief:

1. HTC EVO 4G cellular telephone and sandisk memory card;
2. Compact disk containing the results of forensic examination of HTC EVO 4G cellular telephone and sandisk memory card;
3. Five (5) compact disks each containing a video clip, bearing the signature of A.M.;
4. Business records of HTC;
5. Business records of Sandisk;
6. Certified records from the Circuit Court of Camden County, Missouri;
7. Certified records from the Circuit Court for the Fifth Judicial District of Illinois;
8. Recording and transcript of interview of Todd Smith conducted on September 28, 2011;
9. Recording of stop and arrest of Todd Smith on September 27, 2011

Respectfully submitted,

David Ketchmark
Acting United States Attorney

By  */s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 7, 2012, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney