IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Case No. 11-05044-01-CR-SW-RED
v. )
)
TODD C. SMITH, )
)
Defendant. )

## GOVERNMENT'S EXHIBITS

| | | |
|---|---|---|
| √ | = | Offered & admitted without objection. |
| X | = | Offered & admitted over objection. |
| Ex | = | Offered, but objected to and excluded. |
| N.O. | = | Marked, but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered, then withdrawn. |
| Ltd | = | Admitted for limited purpose. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1. | √ | 8/16/12 | 3:06pm | Evidence bag containing a HTC cellular telephone, attached SanDisk SD card and battery. |
| 2. | √ | 8/16/12 | 2:54pm | Booking photo of Todd C. Smith -- Face. |
| 3. | √ | 8/16/12 | 2:54pm | Booking photo of Todd C. Smith -- Arm. |
| 4. | √ | 8/16/12 | 3:19pm | Compact disk containing FTK report. |
| 5. | √ | 8/16/12 | 3:19pm | Compact disk titled Video0003.3gp, bearing the signature of ~~A.M.~~ |
| 6. | √ | 8/16/12 | 3:19pm | Compact disk titled Video0021.3gp, bearing the signature of ~~A.M.~~ |
| 7. | √ | 8/16/12 | 3:19pm | Compact disk titled Video0004.3gp, bearing the signature of ~~A.M.~~ |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 8. | ✓ | 8/16/12 | 3:19 pm | Compact disk titled Video0015.3gp, bearing the signature of ▓▓▓▓▓. A.M. |
| 9. | ✓ | 8/16/12 | 3:20 pm | Business records of HTC. |
| 10. | ✓ | 8/16/12 | 3:20 pm | Business records of SanDisk. |
| 11. | | | | Certified records from the Circuit Court of Camden County, Missouri. |
| 12. | | | | Certified records from the Circuit Court for the Fifth Judicial District of Illinois. |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

I certify that I have this date, __August 17__, 2012, received from the Clerk, United States District Court, Western District of Missouri, the following exhibits listed above, for which I hold myself responsible:

James J. Kelleher
Assistant United States Attorney